UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NO. 02-419-C

JUAN MURILLO,                                                                                           PLAINTIFF,

V.                                          **O R D E R**

MELVIN E. MOORE,                                                                                  DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

    A show cause hearing was held before the undersigned on June 9, 2005. Christopher Lasch appeared on behalf of the plaintiff; the defendant did not appear. The proceedings were reported by Peggy Weber.

    The court having heard from counsel and being fully advised,

    **IT IS ORDERED** that no later than June 14, 2005, plaintiff shall file a supplemental memorandum in support of his motion for summary judgment.

    **IT IS FURTHER ORDERED** that upon the court ruling on the motion for summary judgment, the court shall set a half-day bench trial, the plaintiff having waived his right to a jury trial.

Signed on  June 10, 2005

*Jennifer B. Coffman*
**Jennifer B. Coffman, Judge**
**United States District Court**